222 F.3d 614 (9th Cir. 2000)
 PATRICIA E. GENTALA; ROBERT A. GENTALA, Plaintiffs-Appellants Cross Appellees,
v.
CITY OF TUCSON Arizona, Defendant-Appellee-Cross-Appellant.
 No. 97-17062, 97-17069
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 FILED AUG 18, 2000
 
 D.C. No. CV-97-00327-FRZ
 Before: HUG, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the NinthCircuit, except to the extent adopted by the en banc court.